IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                PLAINTIFF,

vs.

MITCHELL JOHN ROMERSA,

                DEFENDANT.

No. 3:14-CR-465-HZ

PORTLAND REENTRY COURT
COMPLIANCE REPORT

      You have had no violation since your last appearance in the Reentry Court. Accordingly, the Reentry Court Team takes the following action(s):

- ✓ Case continued without further action.

- ☐ Kudos/candy bar.

- ✓ Other: *Phase 1 written assignment due to Sara by 11/3/14. Obtain sponsor/mentor and notify Sara by 11/3/14.*

- ✓ Other: *Support group attendance due to Sara on 10/20/14.*

- ☐ "A" Team!

- ☐ Changes in current treatment_____.

ORDER:    ASSISTANT FEDERAL PUBLIC DEFENDER PATRICK EHLERS IS APPOINTED AS COUNSEL FOR DEFENDANT FOR PURPOSE OF RE-ENTRY COURT PROCEEDINGS ONLY.

*All participants are prohibited from using any mind-altering substances, legal or illegal, regardless if marketed for human consumption or not.* All previously-imposed terms and conditions of your probation or supervised release remain in effect, unless expressly noted otherwise.

      Your next Reentry Court review date is on October 23, 2014 at 1:30 p.m. at the U.S. Courthouse, 1000 S.W. Third Avenue, Portland, Oregon. **Failure to appear at this review, or any other review date, may result in a warrant or other sanction(s).**

Dated this 9th day of October, 2014.

_____  
Defendant

_____  
Paul Papak  
U.S. Magistrate Judge