IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

PLAINTIFF,

vs.

MITCHELL JOHN ROMERSA,

DEFENDANT.

No.   3:14-CR-00465-HZ

PORTLAND REENTRY COURT
COMPLIANCE REPORT

You have had no violation since your last appearance in the Reentry Court. Accordingly, the Reentry Court Team takes the following action(s):

- ☐ Case continued without further action.
- ✓ Kudos/candy bar.
- ☐ Advance to Phase ___.
- ✓ Graduation coin.
- ☐ Other: _____
- ✓ "A" Team!
- ☐ Changes in current treatment _____.

*All participants are prohibited from using any mind-altering substances, legal or illegal, regardless if marketed for human consumption or not.* All previously-imposed terms and conditions of your probation or supervised release remain in effect, unless expressly noted otherwise.

Dated this 5th day of November, 2015.

_____
Defendant (Graduated)

_____
Paul Papak
U.S. Magistrate Judge