IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Docket No. 0979 3:14CR00465-001-HZ |
| | ) |
| v. | ) PETITON AND ORDER TO REDUCE |
| | ) TERM OF SUPERVISED RELEASE |
| MITCHELL JOHN ROMERSA, | ) |
| | ) |
| Defendant. | ) |

On October 4, 2012, defendant was sentenced by The Honorable Richard F. Cebull, in the District of Montana, to 48 months custody of the Bureau of Prisons to be followed by a 3-year period of supervised release. The term of supervised release commenced on October 3, 2014. On November 14, 2014, jurisdiction was transferred to the District of Oregon. Defendant's projected expiration date is October 2, 2017. He has successfully completed the Reentry Court Program. It is therefore recommended that the term of supervised release be reduced by one year, which would result in a new expiration date of October 2, 2016.

Respectfully submitted,

*Sara Gnewikow* (signature)

Sara Gnewikow
Sr. U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above motion, **IT IS HEREBY ORDERED** that the defendant's term of supervised release be reduced by one year. The new expiration date is now October 2, 2016.

**DATED** this ___5___ day of November, 2015.

                                             *[signature]*
                                             The Honorable Marco A. Hernández
                                             U.S. District Judge